UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK D. SPEECH #609426,

    Plaintiff,

                                      Case No. 1:22-cv-404

v.

                                      HONORABLE PAUL L. MALONEY

UNKNOWN KLUDY,

    Defendant.

_____/

## JUDGMENT

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated: June 13, 2023                                                    /s/ Paul L. Maloney
                                                                               Paul L. Maloney
                                                                               United States District Judge